**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.: 11–CV–24142–Seitz/Simonton**

FIVE FOR ENTERTAINMENT S.A., d/b/a FIVE LIVE
ENTERTAINMENT and DIEGO HERNAN DE
IRAOLA,

                Plaintiffs,

    -against-

RAMON LUIS AYALA RODRIGUEZ a/k/a/ DADDY
YANKEE, EL CARTEL RECORDS INC., ICARO
SERVICES INC., and EDGAR BALDIRI MARTINEZ,

                Defendants.

----------------------------------------------------------------- x

## SPECIAL VERDICT ON LIABILITY

We, the Jury, make the following findings by a preponderance of the evidence:

**PART I.  CONTRACT CLAIMS**

1.  Did the parties intend for Five Live to pay the Second Contract in full *before* or *after* Daddy Yankee arrived in Argentina?

      BEFORE _____          AFTER _____

*If the answer to this question is AFTER, then your verdict is for Five Live. Do not answer any other questions as to this claim. If the answer to this question is BEFORE, answer the next question.*

2.  Did El Cartel and Daddy Yankee,

    (i)  prevent Five Live from paying its obligations under the Second Contract by refusing to accept any of Five Live's alternative payment offers?

        YES _____        NO _____

    and/or

1

(ii) Did El Cartel and Daddy Yankee act unreasonably when its agent, Icaro, demanded payment in full by November 15 at 4:00 PM under the circumstances?

YES _____          NO _____

*If the answer to <u>either</u> (i) or (ii) is YES, then your verdict is for Five Live. If the answer to <u>both</u> (i) <u>and</u> (ii) is NO, then your verdict is for Defendants El Cartel and Daddy Yankee.*

*       *       *

**SPECIAL VERDICT ON LIABILITY**

**PART II.  PLAINTIFF DE IRAOLA'S DEFAMATION CLAIMS**

We, the Jury, make the following findings by a preponderance of the evidence:

    **A.  First Statement[1]:** "[H]e took some monies, he didn't turn over all the money and that's why we cancelled."

1.  Is the statement false?

        YES _____   NO _____

*If the answer to this question is NO, then your verdict is for the Defendants; you need proceed no further as to this statement.  If the answer to this question is YES, proceed to the next question.*

2.  Did Baldiri make the statement negligently or with actual knowledge the statement was false?

        YES _____   NO _____

*If the answer to this question is NO, then your verdict is for the Defendants; you need proceed no further as to this statement.  If the answer to this question is YES, proceed to the next question.*

3.  Did the statement cause, or contribute substantially to causing, injury or damage to Plaintiff De Iraola?

        YES _____   NO _____

*If the answer to this question is NO, then your verdict is for the Defendants; you need proceed no further as to this statement.  If the answer to this question is YES, proceed to the next question.*

4.  Did the statement have a defamatory effect or was it defamatory in nature?

        YES _____   NO _____

*If the answer to this question is NO, then your verdict is for the Defendants; you need proceed no further as to this statement.  If the answer to this question is YES, then your verdict is for Plaintiff De Iraola unless you accept Defendants' defense below.  Please proceed to the next question.*

---

[1] Plaintiffs propose labeling this statement "Theft," in view of the Court's comments that it was helpful to organize the defamatory statements by category.

5.   Was the statement based on facts set forth in the publication itself or the facts are otherwise known or available to the public?

YES _____ NO _____

*If the answer to this question is YES, then your verdict is for the Defendants; you need proceed no further as to that statement.  If the answer to this question is NO, you must reject this defense and your verdict shall be for Plaintiff De Iraola.*

**B. Second Statement[2]:** "According to Edgar Baldini [*sic*], self-proclaimed authentic legal representative of Daddy Yankee, he called from Miami to inform that the singer was the one who had been swindled by Diego Iraola, his representative in Argentina. … Baldini reported that Iraola had pocketed US $516,955 from the sale of shows and advertising promotions, which amounted to 40% of the contract price."

1.   Is the statement false?

YES _____ NO _____

*If the answer to this question is NO, then your verdict is for the Defendants; you need proceed no further as to this statement.  If the answer to this question is YES, proceed to the next question.*

2.   Did Baldiri make the statement negligently or with actual knowledge the statement was false?

YES _____ NO _____

*If the answer to this question is NO, then your verdict is for the Defendants; you need proceed no further as to this statement.  If the answer to this question is YES, proceed to the next question.*

3.   Did the statement cause, or contribute substantially to causing, injury or damage to Plaintiff De Iraola?

YES _____ NO _____

*If the answer to this question is NO, then your verdict is for the Defendants; you need proceed no further as to this statement.  If the answer to this question is YES, proceed to the next question.*

---

[2] Plaintiffs propose labeling this statement "Theft."

4.   Did the statement have a defamatory effect or was it defamatory in nature?

YES _____ NO _____

*If the answer to this question is NO, then your verdict is for the Defendants; you need proceed no further as to this statement.   If the answer to this question is YES, then your verdict is for Plaintiff De Iraola unless you accept Defendants' defense below.   Please proceed to the next question.*

5.   Was the statement based on facts set forth in the publication itself or the facts are otherwise known or available to the public?

YES _____ NO _____

*If the answer to this question is YES, then your verdict is for the Defendants; you need proceed no further as to that statement.   If the answer to this question is NO, you must reject this defense and your verdict shall be for Plaintiff De Iraola.*

**C.   Third Statement[3]:** "[B]usinessmen…were deceived by Diego De Iraola's show arrangements. In an attempt to provide some answers [De Iraola] has defamed Daddy Yankee."

1.   Is the statement false?

YES _____ NO _____

*If the answer to this question is NO, then your verdict is for the Defendants; you need proceed no further as to this statement.   If the answer to this question is YES, proceed to the next question.*

2.   Did Baldiri make the statement negligently or with actual knowledge the statement was false?

YES _____ NO _____

*If the answer to this question is NO, then your verdict is for the Defendants; you need proceed no further as to this statement.   If the answer to this question is YES, proceed to the next question.*

3.   Did the statement cause, or contribute substantially to causing, injury or damage to Plaintiff De Iraola?

YES _____ NO _____

_____

[3] Plaintiffs propose labeling this statement "Swindling."

5

*If the answer to this question is NO, then your verdict is for the Defendants; you need proceed no further as to this statement.  If the answer to this question is YES, proceed to the next question.*

4.   Did the statement have a defamatory effect or was it defamatory in nature?

        YES _____ NO _____

*If the answer to this question is NO, then your verdict is for the Defendants; you need proceed no further as to this statement.  If the answer to this question is YES, then your verdict is for Plaintiff De Iraola unless you accept Defendants ' defense below.  Please proceed to the next question.*

5.   Was the statement based on facts set forth in the publication itself or the facts are otherwise known or available to the public?

              YES _____ NO _____

*If the answer to this question is YES, then your verdict is for the Defendants; you need proceed no further as to that statement.  If the answer to this question is NO, you must reject this defense and your verdict shall be for Plaintiff De Iraola.*

  **D.  Fourth Statement[4]:** "[L]ike I demonstrated to Leo Fogoli [*sic*] and Leandro and Marcela, that Diego is a swindler…I showed them that Diego was the one who swindled them, not us, with papers and wire transfers, so we did a press release letting everyone know the situation and clarifying that neither you nor the artist nor Icaro have any responsibility here."

1.   Is the statement false?

        YES _____ NO _____

*If the answer to this question is NO, then your verdict is for the Defendants; you need proceed no further as to this statement.  If the answer to this question is YES, proceed to the next question.*

2.  Did Baldiri make the statement negligently or with actual knowledge the statement was false?

        YES _____ NO _____

*If the answer to this question is NO, then your verdict is for the Defendants; you need proceed no*

---

[4] Plaintiffs propose labeling this statement "Swindling."

*further as to this statement.  If the answer to this question is YES, proceed to the next question.*

3.  Did the statement cause, or contribute substantially to causing, injury or damage to Plaintiff De Iraola?

YES _____ NO _____

*If the answer to this question is NO, then your verdict is for the Defendants; you need proceed no further as to this statement.  If the answer to this question is YES, proceed to the next question.*

4.  Did the statement have a defamatory effect or was it defamatory in nature?

YES _____ NO _____

*If the answer to this question is NO, then your verdict is for the Defendants; you need proceed no further as to this statement.  If the answer to this question is YES, then your verdict is for Plaintiff De Iraola unless you accept Defendants' defenses below.  Please proceed to the next question.*

5.  Was the statement based on facts set forth in the publication itself or the facts are otherwise known or available to the public?

YES _____ NO _____

*If the answer to this question is YES, then your verdict is for the Defendants; you need proceed no further as to that statement.  If the answer to this question is NO, please proceed to the next question.*

6.  Did Baldiri have a privilege to make the statement?

YES _____ NO _____

*If the answer to this question is YES, proceed to the next question.  If the answer to this question is NO, then your verdict shall be for Plaintiff De Iraola.*

7.  Did Baldiri abuse that privilege by making the statement with improper motives (e.g, with intent to harm De Iraola?)

YES _____ NO _____

*If the answer to this question is YES, you must reject this defense and your verdict shall be for Plaintiff De Iraola.  If the answer to this question is NO, then your verdict is for the Defendants; you need proceed no further as to this statement.*

**E.  Fifth Statement[5]:** "What Mr. Diego Iraola … did was to … forge my signature, use my stationery to say that he was the authorized sales representative."

1.  Is the statement false?

YES _____ NO _____

*If the answer to this question is NO, then your verdict is for the Defendants; you need proceed no further as to this statement.  If the answer to this question is YES, proceed to the next question.*

2.  Did Baldiri make the statement negligently or with actual knowledge the statement was false?

YES _____ NO _____

*If the answer to this question is NO, then your verdict is for the Defendants; you need proceed no further as to this statement.  If the answer to this question is YES, proceed to the next question.*

3.  Did the statement cause, or contribute substantially to causing, injury or damage to Plaintiff De Iraola?

YES _____ NO _____

*If the answer to this question is NO, then your verdict is for the Defendants; you need proceed no further as to this statement.  If the answer to this question is YES, proceed to the next question.*

4.  Did the statement have a defamatory effect or was it defamatory in nature?

YES _____ NO _____

*If the answer to this question is NO, then your verdict is for the Defendants; you need proceed no further as to this statement.  If the answer to this question is YES, then your verdict is for Plaintiff De Iraola unless you accept Defendants' defense below.  Please proceed to the next question.*

5.  Was the statement based on facts set forth in the publication itself or the facts are otherwise

---

[5] Plaintiffs propose labeling this statement "Forgery."

known or available to the public?

YES _____ NO _____

*If the answer to this question is YES, then your verdict is for the Defendants; you need proceed no further as to that statement.  If the answer to this question is NO, you must reject this defense and your verdict shall be for Plaintiff De Iraola.*

**F. Sixth Statement[6]:** "A delegation of producers from several Argentine provinces came to Miami to meet with me and I demonstrated to them that my signature on what they signed with Iraola was forged."

1.  Is the statement false?

YES _____ NO _____

*If the answer to this question is NO, then your verdict is for the Defendants; you need proceed no further as to this statement.  If the answer to this question is YES, proceed to the next question.*

2.  Did Baldiri make the statement negligently or with actual knowledge the statement was false?

YES _____ NO _____

*If the answer to this question is NO, then your verdict is for the Defendants; you need proceed no further as to this statement.  If the answer to this question is YES, proceed to the next question.*

3.  Did the statement cause, or contribute substantially to causing, injury or damage to Plaintiff De Iraola?

YES _____ NO _____

*If the answer to this question is NO, then your verdict is for the Defendants; you need proceed no further as to this statement.  If the answer to this question is YES, proceed to the next question.*

4.  Did the statement have a defamatory effect or was it defamatory in nature?

YES _____ NO _____

*If the answer to this question is NO, then your verdict is for the Defendants; you need proceed no further as to this statement.  If the answer to this question is YES, then your verdict is for*

---

[6] Plaintiffs propose labeling this statement "Forgery."

9

*Plaintiff De Iraola unless you accept Defendants' defense below.  Please proceed to the next question.*

5.  Was the statement based on facts set forth in the publication itself or the facts are otherwise known or available to the public?

YES _____ NO _____

*If the answer to this question is YES, then your verdict is for the Defendants; you need proceed no further as to that statement.  If the answer to this question is NO, you must reject this defense and your verdict shall be for Plaintiff De Iraola.*

**G. Seventh Statement[7]:** "[I]f there's anyone to blame it's Diego Iraola and Five Live Entertainment. We found out that Diego hasn't worked for that Company for five months and here there is another crime because he used a company he's no longer with to sign contracts with us."

1.  Is the statement false?

YES _____ NO _____

*If the answer to this question is NO, then your verdict is for the Defendants; you need proceed no further as to this statement.  If the answer to this question is YES, proceed to the next question.*

2.  Did Baldiri make the statement negligently or with actual knowledge the statement was false?

YES _____ NO _____

*If the answer to this question is NO, then your verdict is for the Defendants; you need proceed no further as to this statement.  If the answer to this question is YES, proceed to the next question.*

3.  Did the statement cause, or contribute substantially to causing, injury or damage to Plaintiff De Iraola?

YES _____ NO _____

*If the answer to this question is NO, then your verdict is for the Defendants; you need proceed no further as to this statement.  If the answer to this question is YES, proceed to the next question.*

---

[7] Plaintiffs propose labeling this statement "Acting Under False Pretenses."

4.   Did the statement have a defamatory effect or was it defamatory in nature?

      YES _____ NO _____

*If the answer to this question is NO, then your verdict is for the Defendants; you need proceed no further as to this statement.  If the answer to this question is YES, then your verdict is for Plaintiff De Iraola unless you accept Defendants' defense below.  Please proceed to the next question.*

5.   Was the statement based on facts set forth in the publication itself or the facts are otherwise known or available to the public?

      YES _____ NO _____

*If the answer to this question is YES, then your verdict is for the Defendants; you need proceed no further as to that statement.  If the answer to this question is NO, you must reject this defense and your verdict shall be for Plaintiff De Iraola.*

**H.  Eighth Statement[8]:** "This gentleman's position is that of someone who commits a crime and then tries to come out and say things that aren't true. I have the documents signed by Mr. De Iraola and have no problem showing them so that you can see how things really are," Bardini [*sic*] told *Rio Negro,* adding that "this person signed as belonging to Five Live Entertainment, and Five later informs me that he no longer belongs to the group."

1.   Is the statement false?

      YES _____ NO _____

*If the answer to this question is NO, then your verdict is for the Defendants; you need proceed no further as to this statement.  If the answer to this question is YES, proceed to the next question.*

2.   Did Baldiri make the statement negligently or with actual knowledge the statement was false?

      YES _____ NO _____

*If the answer to this question is NO, then your verdict is for the Defendants; you need proceed no further as to this statement.  If the answer to this question is YES, proceed to the next question.*

---

[8] Plaintiffs propose labeling this statement "Acting Under False Pretenses."

3.   Did the statement cause, or contribute substantially to causing, injury or damage to Plaintiff De Iraola?

      YES _____ NO _____

*If the answer to this question is NO, then your verdict is for the Defendants; you need proceed no further as to this statement.  If the answer to this question is YES, proceed to the next question.*

4.   Did the statement have a defamatory effect or was it defamatory in nature?

      YES _____ NO _____

*If the answer to this question is NO, then your verdict is for the Defendants; you need proceed no further as to this statement.   If the answer to this question is YES, then your verdict is for Plaintiff De Iraola unless you accept Defendants' defense below.  Please proceed to the next question.*

5.   Was the statement based on facts set forth in the publication itself or the facts are otherwise known or available to the public?

      YES _____ NO _____

*If the answer to this question is YES, then your verdict is for the Defendants; you need proceed no further as to that statement.  If the answer to this question is NO, you must reject this defense and your verdict shall be for Plaintiff De Iraola.*

    **I.   Ninth Statement[9]:** "[Local producers] also showed me that they had paid [De Iraola] almost the entire value of the show, almost all of it in some cases and the totality of 100% in other cases, for they had signed a contract, so I showed them that my contract did not allow resale of the date. What Mr. Diego Iraola could have done was to associate himself with local promoters, but what he did was to resell the dates.."

1.   Is the statement false?

      YES _____ NO _____

*If the answer to this question is NO, then your verdict is for the Defendants; you need proceed no further as to this statement.  If the answer to this question is YES, proceed to the next question.*

---

[9] Plaintiffs propose labeling this statement "Acting Under False Pretenses."

2.  Did Baldiri make the statement negligently or with actual knowledge the statement was false?

      YES _____ NO _____

*If the answer to this question is NO, then your verdict is for the Defendants; you need proceed no further as to this statement.  If the answer to this question is YES, proceed to the next question.*

3.  Did the statement cause, or contribute substantially to causing, injury or damage to Plaintiff De Iraola?

      YES _____ NO _____

*If the answer to this question is NO, then your verdict is for the Defendants; you need proceed no further as to this statement.  If the answer to this question is YES, proceed to the next question.*

4.  Did the statement have a defamatory effect or was it defamatory in nature?

      YES _____ NO _____

*If the answer to this question is NO, then your verdict is for the Defendants; you need proceed no further as to this statement.  If the answer to this question is YES, then your verdict is for Plaintiff De Iraola unless you accept Defendants' defense below.  Please proceed to the next question.*

5.  Was the statement based on facts set forth in the publication itself or the facts are otherwise known or available to the public?

      YES _____ NO _____

*If the answer to this question is YES, then your verdict is for the Defendants; you need proceed no further as to that statement.  If the answer to this question is NO, you must reject this defense and your verdict shall be for Plaintiff De Iraola.*

*    *    *

## SPECIAL VERDICT ON LIABILITY

## PART III.  PLAINTIFF FIVE LIVE'S INJURIOUS FALSEHOOD CLAIMS

We, the Jury, make the following findings by a preponderance of the evidence:

**A. First Statement[10]:** "[H]e took some monies, he didn't turn over all the money and that's why we cancelled."

1.  Is the statement false?

YES _____ NO _____

*If the answer to this question is NO, then your verdict is for the Defendants; you need proceed no further as to this statement.  If the answer to this question is YES, proceed to the next question.*

2.  Did Baldiri know, or reasonably should have known, that the statement would likely result in inducing others not to deal with Five Live?

YES _____ NO _____

*If the answer to this question is NO, then your verdict is for the Defendants; you need proceed no further as to this statement.  If the answer to this question is YES, proceed to the next question.*

3.  Did the falsehood in Baldiri's statement play a material and substantial part in inducing others not to deal with Five Live?

YES _____ NO _____

*If the answer to this question is NO, then your verdict is for the Defendants; you need proceed no further as to this statement.  If the answer to this question is YES, proceed to the next question.*

4.  Was Five Live harmed as a result of Baldiri's statement?

YES _____ NO _____

*If the answer to this question is NO, then your verdict is for the Defendants; you need proceed no further as to this statement.  If the answer to this question is YES, then your verdict is for Plaintiff Five Live unless you accept Defendants' defense below.  Please proceed to the next question.*

---

[10] Plaintiffs propose labeling this statement "Theft," in view of the Court's comments that it was helpful to organize the defamatory statements by category.

14

5. Was the statement based on facts set forth in the publication itself or the facts are otherwise known or available to the public?

YES _____ NO _____

*If the answer to this question is YES, then your verdict is for the Defendants; you need proceed no further as to that statement.  If the answer to this question is NO, you must reject this defense and your verdict shall be for Plaintiff Five Live.*

**B. Second Statement[11]:** Local "businessmen were deceived by Diego De Iraola's show arrangements."

1. Is the statement false?

YES _____ NO _____

*If the answer to this question is NO, then your verdict is for the Defendants; you need proceed no further as to this statement.  If the answer to this question is YES, proceed to the next question.*

2. Did Baldiri know, or reasonably should have known, that the statement would likely result in inducing others not to deal with Five Live?

YES _____ NO _____

*If the answer to this question is NO, then your verdict is for the Defendants; you need proceed no further as to this statement.  If the answer to this question is YES, proceed to the next question.*

3. Did the falsehood in Baldiri's statement play a material and substantial part in inducing others not to deal with Five Live?

YES _____ NO _____

*If the answer to this question is NO, then your verdict is for the Defendants; you need proceed no further as to this statement.  If the answer to this question is YES, proceed to the next question.*

4. Was Five Live harmed as a result of Baldiri's statement?

YES _____ NO _____

*If the answer to this question is NO, then your verdict is for the Defendants; you need proceed no*

---

[11] Plaintiffs propose labeling this statement "Swindling."

*further as to this statement.  If the answer to this question is YES, then your verdict is for Plaintiff Five Live unless you accept Defendants' defense below.  Please proceed to the next question.*

5.   Was the statement based on facts set forth in the publication itself or the facts are otherwise known or available to the public?

YES _____ NO _____

*If the answer to this question is YES, then your verdict is for the Defendants; you need proceed no further as to that statement.  If the answer to this question is NO, you must reject this defense and your verdict shall be for Plaintiff Five Live.*

**C.  Third Statement[12]:** "What Mr. Diego Iraola … did was to … forge my signature, use my stationery to say that he was the authorized sales representative."

1.   Is the statement false?

YES _____ NO _____

*If the answer to this question is NO, then your verdict is for the Defendants; you need proceed no further as to this statement.  If the answer to this question is YES, proceed to the next question.*

2.   Did Baldiri know, or reasonably should have known, that the statement would likely result in inducing others not to deal with Five Live?

YES _____ NO _____

*If the answer to this question is NO, then your verdict is for the Defendants; you need proceed no further as to this statement.  If the answer to this question is YES, proceed to the next question.*

3.   Did the falsehood in Baldiri's statement play a material and substantial part in inducing others not to deal with Five Live?

YES _____ NO _____

*If the answer to this question is NO, then your verdict is for the Defendants; you need proceed no further as to this statement.  If the answer to this question is YES, proceed to the next question.*

---

[12] Plaintiffs propose labeling this statement "Forgery."

4.  Was Five Live harmed as a result of Baldiri's statement?

YES _____ NO _____

*If the answer to this question is NO, then your verdict is for the Defendants; you need proceed no further as to this statement.  If the answer to this question is YES, then your verdict is for Plaintiff Five Live unless you accept Defendants' defense below.  Please proceed to the next question.*

5.  Was the statement based on facts set forth in the publication itself or the facts are otherwise known or available to the public?

YES _____ NO _____

*If the answer to this question is YES, then your verdict is for the Defendants; you need proceed no further as to that statement.  If the answer to this question is NO, you must reject this defense and your verdict shall be for Plaintiff Five Live.*

   **D.  Fourth Statement[13]:** "[Local producers] also showed me that they had paid [De Iraola] almost the entire value of the show, almost all of it in some cases and the totality of 100% in other cases, for they had signed a contract, so I showed them that my contract did not allow resale of the date. What Mr. Diego Iraola could have done was to associate himself with local promoters, but what he did was to resell the dates.."

1.  Is the statement false?

YES _____ NO _____

*If the answer to this question is NO, then your verdict is for the Defendants; you need proceed no further as to this statement.  If the answer to this question is YES, proceed to the next question.*

2.  Did Baldiri know, or reasonably should have known, that the statement would likely result in inducing others not to deal with Five Live?

YES _____ NO _____

*If the answer to this question is NO, then your verdict is for the Defendants; you need proceed no further as to this statement.  If the answer to this question is YES, proceed to the next question.*

---

[13] Plaintiffs propose labeling this statement "Acting Under False Pretenses."

17

3.   Did the falsehood in Baldiri's statement play a material and substantial part in inducing others not to deal with Five Live?

YES _____ NO _____

*If the answer to this question is NO, then your verdict is for the Defendants; you need proceed no further as to this statement.  If the answer to this question is YES, proceed to the next question.*

4.   Was Five Live harmed as a result of Baldiri's statement?

YES _____ NO _____

*If the answer to this question is NO, then your verdict is for the Defendants; you need proceed no further as to this statement.  If the answer to this question is YES, then your verdict is for Plaintiff Five Live unless you accept Defendants' defense below.  Please proceed to the next question.*

5.   Was the statement based on facts set forth in the publication itself or the facts are otherwise known or available to the public?

YES _____ NO _____

*If the answer to this question is YES, then your verdict is for the Defendants; you need proceed no further as to that statement.  If the answer to this question is NO, you must reject this defense and your verdict shall be for Plaintiff Five Live.*

\*       \*       \*

## SPECIAL VERDICT ON LIABILITY

## PART IV.  DEFENDANTS' DEFAMATION CLAIMS

We, the Jury, make the following findings by a preponderance of the evidence:

**A. First Statement:** "Requesting international capture, Daddy Yankee will have to answer before the law in Argentina."

1.  Is the statement false?

   YES _____ NO _____

*If the answer to this question is NO, then your verdict is for the Plaintiffs; you need proceed no further as to this statement.  If the answer to this question is YES, proceed to the next question.*

2.  Did Plaintiffs make the statement negligently or with actual knowledge the statement was false?

   YES _____ NO _____

*If the answer to this question is NO, then your verdict is for the Plaintiffs; you need proceed no further as to this statement.  If the answer to this question is YES, proceed to the next question.*

3.  Did the statement cause, or contribute substantially to causing, injury or damage to Defendant Daddy Yankee?

   YES _____ NO _____

*If the answer to this question is NO, then your verdict is for the Plaintiffs; you need proceed no further as to this statement.  If the answer to this question is YES, proceed to the next question.*

4.  Did the statement have a defamatory effect or was it defamatory in nature?

   YES _____ NO _____

*If the answer to this question is NO, then your verdict is for the Plaintiffs.  If the answer to this question is YES, then your verdict is for Daddy Yankee.*

**B. Second Statement:** "[F]alsity…was reported by the artist Daddy Yankee so far through the agency that represents him in several different press releases and interviews."

1.  Is the statement false?

   YES _____ NO _____

*If the answer to this question is NO, then your verdict is for the Plaintiffs; you need proceed no further as to this statement.  If the answer to this question is YES, proceed to the next question.*

2.  Did Plaintiffs make the statement negligently or with actual knowledge the statement was false?

        YES _____ NO _____

*If the answer to this question is NO, then your verdict is for the Plaintiffs; you need proceed no further as to this statement.  If the answer to this question is YES, proceed to the next question.*

3.  Did the statement cause, or contribute substantially to causing, injury or damage to Defendants Daddy Yankee, Icaro and Baldiri?

        YES _____ NO _____

*If the answer to this question is NO, then your verdict is for the Plaintiffs; you need proceed no further as to this statement.  If the answer to this question is YES, proceed to the next question.*

4.  Did the statement have a defamatory effect or was it defamatory in nature?

        YES _____ NO _____

*If the answer to this question is NO, then your verdict is for the Plaintiffs.  If the answer to this question is YES, then your verdict is for Defendants Daddy Yankee, Icaro and Baldiri.*

    **C.  Third Statement:** "[T]heir [local producers'] payments, as well as mine are now entirely in MR. DADDY YANKEE's possession."

1.  Is the statement false?

        YES _____ NO _____

*If the answer to this question is NO, then your verdict is for the Plaintiffs; you need proceed no further as to this statement.  If the answer to this question is YES, proceed to the next question.*

2.  Did Plaintiffs make the statement negligently or with actual knowledge the statement was false?

        YES _____ NO _____

*If the answer to this question is NO, then your verdict is for the Plaintiffs; you need proceed no further as to this statement.  If the answer to this question is YES, proceed to the next question.*

3.  Did the statement cause, or contribute substantially to causing, injury or damage to Defendant Daddy Yankee?

YES _____ NO _____

*If the answer to this question is NO, then your verdict is for the Plaintiffs; you need proceed no further as to this statement.  If the answer to this question is YES, proceed to the next question.*

4.  Did the statement have a defamatory effect or was it defamatory in nature?

YES _____ NO _____

*If the answer to this question is NO, then your verdict is for the Plaintiffs.  If the answer to this question is YES, then your verdict is for Daddy Yankee.*

**D.  Fourth Statement:** "[Diego De Iraola] have not received any factual communication from MR. DADDY YANKEE, nor from the company Icaro Services Inc., formally and dutifully explaining the motives for the cancellation given there was a CONTRACT of such magnitude between the parties."

1.  Is the statement false?

YES _____ NO _____

*If the answer to this question is NO, then your verdict is for the Plaintiffs; you need proceed no further as to this statement.  If the answer to this question is YES, proceed to the next question.*

2.  Did Plaintiffs make the statement negligently or with actual knowledge the statement was false?

YES _____ NO _____

*If the answer to this question is NO, then your verdict is for the Plaintiffs; you need proceed no further as to this statement.  If the answer to this question is YES, proceed to the next question.*

3.  Did the statement cause, or contribute substantially to causing, injury or damage to Defendants Daddy Yankee, Icaro and Baldiri?

YES _____ NO _____

*If the answer to this question is NO, then your verdict is for the Plaintiffs; you need proceed no further as to this statement.  If the answer to this question is YES, proceed to the next question.*

4. Did the statement have a defamatory effect or was it defamatory in nature?

YES _____ NO _____

*If the answer to this question is NO, then your verdict is for the Plaintiffs. If the answer to this question is YES, then your verdict is for Defendants Daddy Yankee, Icaro and Baldiri.*

    **E. Fifth Statement:** "[Diego De Iraola] have not received any factual communication from MR. DADDY YANKEE, nor from the company Icaro Services Inc., formally and dutifully explaining the motives for the cancellation given there was a CONTRACT of such magnitude between the parties."

1. Is the statement false?

YES _____ NO _____

*If the answer to this question is NO, then your verdict is for the Plaintiffs; you need proceed no further as to this statement. If the answer to this question is YES, proceed to the next question.*

2. Did Plaintiffs make the statement negligently or with actual knowledge the statement was false?

YES _____ NO _____

*If the answer to this question is NO, then your verdict is for the Plaintiffs; you need proceed no further as to this statement. If the answer to this question is YES, proceed to the next question.*

3. Did the statement cause, or contribute substantially to causing, injury or damage to Defendants Daddy Yankee, Icaro and Baldiri?

YES _____ NO _____

*If the answer to this question is NO, then your verdict is for the Plaintiffs; you need proceed no further as to this statement. If the answer to this question is YES, proceed to the next question.*

4. Did the statement have a defamatory effect or was it defamatory in nature?

YES _____ NO _____

*If the answer to this question is NO, then your verdict is for the Plaintiffs. If the answer to this question is YES, then your verdict is for Defendants Daddy Yankee, Icaro and Baldiri.*

*       *       *

22

## SPECIAL VERDICT ON DAMAGES

We, the Jury, make the following findings by a preponderance of the evidence:

## PART I.  CONTRACT CLAIMS

1.  The damages are as follows:

    a.  General Damages                                                  $_____

    b.  Incidental Damages                                            $_____

    c.  Consequential Damages                                  $_____

    d.  Pre-Judgment Interest                                  $_____

    e.  Post-Judgment Interest                                $_____

       Total                                                     $_____

2.  Do you find that _____ have proven by a preponderance of the evidence that _____ did not reasonably make diligent efforts to mitigate their damages?
If the answer to this question is YES, answer Question 3. If the answer to this Question is NO, proceed to Question 5.

YES _____ NO _____

3.  Do you find that _____ have established by a preponderance of the evidence the extent to which diligent efforts by the _____ would have diminished their damages?
If the answer to this question is YES, you must apply the corresponding deduction to the damages assessed under Question 1 above.  If the answer to this question is NO, proceed to Question 5.

YES _____ NO _____

4.  What sum of money do you find to be the amount of _____ damages for _____ defamation?

       General Damages[14]   $ _____

*     *     *

---

[14]     If Plaintiffs prevail on their Defamation and/or Injurious Falsehood claims, a space should also be added for "Punitive Damages "underneath "General Damages."  There should also be a question 6, "What sum of money do you find to be the amount of Plaintiffs' damages for Defendants' injurious falsehood?"