UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 11-24142-CIV-SEITZ

FIVE FOR ENTERTAINMENT S.A., *et al.*,

        Plaintiffs,

vs.

RAMON LUIS AYALA RODRIGUEZ, *et al.*,

        Defendants.
_____/

## ORDER GRANTING MOTION TO REGISTER JUDGMENT

This matter is before the Court on Plaintiffs' Motion to Register Judgment for Good Cause [DE-320], in which Plaintiffs seek an order allowing Plaintiffs to immediately register their judgment in any other district. Pursuant to 28 U.S.C. § 1963:

> A judgment in an action for the recovery of money or property entered in any . . . district court . . . may be registered by filing a certified copy of the judgment in any other district . . . when the judgment has become final by appeal or expiration of the time for appeal or when ordered by the court that entered the judgment for good cause shown.

Generally, good cause is shown when there are insufficient assets in the rendering jurisdiction to satisfy the judgment and there are substantial assets elsewhere. *Creative American Education v. Learning Experience Systems, LLC*, 2015 WL 5118111, *2 (S.D. Fla. 2015); *see also Columbia Pictures Television, Inc. v. Krypton Broadcasting of Birmingham, Inc.*, 259 F.3d 1186, 1197 (9th Cir. 2001). Plaintiffs have filed Defendants' answers to interrogatories which indicate that Defendants lack assets in this district but have substantial assets in other districts. Further, due to the nature of Defendants' business, assets may be accrued anywhere. Further, Defendants have not responded to the motion, which, under Local Rule 7.1, may be deemed sufficient grounds for granting the motion by default. Accordingly, it is

ORDERED that Plaintiffs' Motion to Register Judgment for Good Cause [DE-320] is GRANTED. The Clerk of Court is directed to certify the judgment for registration in any other district where Defendants have assets.

DONE and ORDERED in Miami, Florida, this 10th day of November, 2015.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

cc: All Counsel of Record